1   EDWARD V. ANDERSON (SBN 83148)
    evanderson@sidley.com
2   SIDLEY AUSTIN LLP
    1801 Page Mill Road, Suite 110
3   Palo Alto, CA 94304
    Telephone:     650-565-7000
4   Facsimile:     650-565-7100

5   PHILIP W. WOO (SBN 196459)
    pwoo@sidley.com
6   MARC R. ASCOLESE (SBN 251397)
    mascolese@sidley.com
7   SIDLEY AUSTIN LLP
    555 California Street
8   San Francisco, CA 94104
    Telephone:     415-772-1200
9   Facsimile:     415-772-7400

10  *Attorneys for Plaintiff Centrify Corporation*

11

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                   OAKLAND DIVISION

16

17                                    | Case No. 10-3873-CW

18  CENTRIFY CORPORATION,             | **WITHDRAWAL OF QUEST'S MOTION TO DISMISS**

19                 Plaintiff,         | **STIPULATION AND [~~PROPOSED~~] ORDER GRANTING CENTRIFY**

20          v.                        | **LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING THE**

21  QUEST SOFTWARE, INC.              | **PERIOD FOR QUEST'S RESPONSE**

22                 Defendant.         |

23                                    | Date:        withdrawn
                                      | Time:        withdrawn
24                                    | Courtroom:   2, 4th Floor
                                      | Judge:       Hon. Claudia Wilken
25

26

27

28

**STIPULATION**

Defendant Quest Software, Inc. ("Quest") hereby withdraws its Motion to Dismiss (Docket No. 19), and together with Plaintiff Centrify Corporation ("Centrify") stipulates that: (1) pursuant to Rule 15(a)(1)(B) and/or 15(a)(2), Centrify may file its First Amended Complaint for Patent Infringement, attached as Exhibit A; and (2) Centrify agrees to extend the period for Quest to answer from 14 to 21 days after service of the First Amended Complaint for Patent Infringement.

In the First Amended Complaint for Patent Infringement, Centrify provides additional fact-based allegations and a revised infringement count regarding U.S. Patent No. 7,591,005 ("the '005 patent"). Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Quest has consented in writing to Centrify's First Amended Complaint for Patent Infringement. To the extent necessary, Centrify seeks leave to file its First Amended Complaint for Patent Infringement.

The parties respectfully request an order granting leave to file the First Amended Complaint for Patent Infringement and extending the period for response from 14 to 21 days.

Dated:  November 10, 2010          SIDLEY AUSTIN LLP


By:    /s/ Edward V. Anderson
                Edward V. Anderson
                Attorneys for Plaintiff
                Centrify Corporation


Dated:  November 10, 2010          COOLEY LLP


By:    /s/ Orion Armon
                Orion Armon
                Attorneys for Defendant
                Quest Software, Inc.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3    Dated: __11/15/2010__                    _____

4                                             The Honorable Claudia Wilken
                                              United States District Judge
5

6

7

8

9

10                        **SIGNATURE ATTESTATION**

11          Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

12   document has been obtained from each of the other signatories shown above.

13

14

15                                           ___/s/ Marc R. Ascolese___

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

# EXHIBIT A

Edward V. Anderson (SBN 83148)
evanderson@sidley.com
Philip W. Woo (SBN 196459)
pwoo@sidley.com
Marc R. Ascolese (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
1801 Page Mill Road, Suite 110
Palo Alto, California  94304
(650) 565-7000
(650) 565-7100 (Fax)

*Attorneys for Plaintiff Centrify Corporation.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>              Plaintiffs,<br><br>      vs.<br><br>QUEST SOFTWARE, INC.<br><br>              Defendant. | Case No.  10-3873-CW<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Centrify Corporation ("Centrify"), for its First Amended Complaint For Patent Infringement alleges as follows:

## PRELIMINARY STATEMENT

1.     This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. §1 et seq., from the defendant's direct and indirect infringement of United States Patent No. 7,591,005.

## PARTIES

2.     Plaintiff Centrify Corporation is a Delaware corporation with its principal place of business at 785 N. Mary Avenue, Suite 200, Sunnyvale, California 94085.

3.     On information and belief, Defendant Quest Software, Inc. ("Quest") is a Delaware corporation with a principal place of business at 5 Polaris Way, Aliso Viejo, California 92656.

## JURISDICTION AND VENUE

4.     This is an action for patent infringement, arising under 35 U.S.C. § 1 *et seq*. generally, and 35 U.S.C. §§ 271(a)-(c) specifically.

5.     This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.     The Court has personal jurisdiction over Quest because Quest committed and is committing acts of infringement in this Judicial District and is doing business in this Judicial District at 469 El Camino Real, Santa Clara, CA 95050.

7.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because a substantial part of the events giving rise to Plaintiff's cause of action occurred in this Judicial District.

## INTRADISTRICT ASSIGNMENT

8.     This patent action is in an excepted category for Local Rule 3-2(c), Assignment to a Division, and will be assigned on a district wide basis.

## FACTUAL BACKGROUND

9.     On September 15, 2009, the United States Patent and Trademark Office issued U.S.

Patent No. 7,591,005 ("the '005 Patent") entitled "Method and Apparatus for User Log-in Name Mapping."   Centrify is the owner by assignment of all right, title and interest to the '005 Patent, including all rights to enforce the '005 Patent and to collect past and future damages for infringement.  A copy of the '005 Patent is attached as **Exhibit A**.

10.    Quest has knowledge of the '005 Patent by and through, at least, Centrify's Complaint for Patent Infringement.  Docket No. 1.

11.    Quest makes, uses, and sells the Quest Authentication Services software product ("QAS"), including at least version 4.0 of the software product, as well as earlier and subsequent versions thereof.

12.    QAS provides a feature called "mapped user" (or "mapped user mode") where one maps local Unix user accounts to Active Directory users accounts.

13.    The mapped user or mapped user mode feature of QAS uses a Network Information Service ("NIS") "passwd" file or map.

14.    QAS provides and/or uses a Pluggable Authentication Module ("PAM") that provides or facilitates, at least in part, Active Directory authentication.

15.    Quest sells QAS to its customers, and at least some of those customers use the mapped user or mapped user mode feature of QAS.

16.    Quest provides documentation, instructions, and other support to customers for QAS and the mapped user or mapped user mode feature of QAS.

**FIRST CAUSE OF ACTION**
**(DEFENDANT'S INFRINGEMENT OF THE '005 PATENT)**

17.    Plaintiff incorporates each of the preceding paragraphs 1-16 as if fully stated herein.

18.    Quest, in making, using, selling, offering for sale, importing into the United States and/or exporting from the United States its Quest Authentication Services software product, including version 4.0, and reasonably similar products or services, has infringed and continues to infringe one or more claims of the '005 Patent under 35 U.S.C. § 271.  In particular, Quest

2

makes, uses, sells, offers for sale, imports into the United States and/or exports from the United States computer readable media in accordance with one or more apparatus claims of the '005 Patent or operating in accordance with one or more method claims of the '005 Patent , including but not limited to exemplary claims 1, 2, 5, and 6.  Quest further actively induces infringement of the '005 Patent through, for example, providing customers with instructions and support for Quest Authentication Services and other reasonably similar products or services. Quest contributorily infringes the '005 Patent by making Quest Authentication Services, its mapped user or mapped user mode feature, and reasonably similar products or services, which have no substantial non-infringing uses, and which Quest sells to its customers with knowledge of the '005 Patent.

19.    As a result of Quest's infringement of the '005 Patent, Centrify has lost profits and suffered irreparable harm, and will continue to lose profits and suffer irreparable harm unless and until Centrify is enjoined by this Court from future infringement.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that this Court enter a judgment as follows:

A.    Judgment that the '005 Patent is valid and enforceable.

B.    Judgment that the Defendant has directly and/or indirectly infringed the claims of the '005 Patent.

C.    Award Centrify compensatory damages, in an amount to be ascertained at trial, pursuant to 35 U.S.C. §284.

D.    Permanently enjoin Quest and its officers, directors, employees and agents from infringing or inducing others to infringe the '005 Patent.

E.    Award Centrify interest and costs.

F.    Award Centrify reasonable attorneys' fees and costs of the litigation, pursuant to 35 U.S.C. §285.

G.    Award Centrify such other and further relief as this Court deems just and proper.

Dated:  November __, 2010                    **SIDLEY AUSTIN LLP**


By: _____
       Edward V. Anderson

*Attorneys for Plaintiff Centrify Corporation.*

4

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff respectfully requests a jury trial on all issues triable thereby.

3

4

Dated:  November ___, 2010                    **SIDLEY AUSTIN LLP**

5

6

By: _____

7

Edward V. Anderson

8

*Attorneys for Plaintiff Centrify Corporation.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5