COOLEY LLP
THOMAS J. FRIEL, JR. (State Bar No. 80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:       (415) 693-2222

WAYNE O. STACY (pro hac vice)
(stacywo@cooley.com)
ORION ARMON (pro hac vice)
(oarmon@cooley.com)
COOLEY LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:       (720) 566-4099

Attorneys for Defendant
Quest Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CENTRIFY CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>QUEST SOFTWARE, INC.,<br><br>               Defendant. | Case No.  C 10-3873-CW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO FILE FIRST AMENDED ANSWER**<br><br>**Date:**<br>**Time:**<br>**Courtroom:** 2, 4th Floor<br>**Judge:**  Hon. Claudia Wilken |
|---|---|

**STIPULATION**

Centrify Corp. and Quest Software Inc. stipulate that pursuant to Federal Rule of Civil Procedure 15(a)(2), Quest may file an Amended Answer to Centrify's First Amended Complaint. Quest's Amended Answer is attached hereto as Exhibit A.  In its Amended Answer, Quest provides factual allegations supporting its affirmative defense of unclean hands.  The parties respectfully request an order granting leave for Quest to file its Amended Answer.

Dated:  January 6, 2011               COOLEY LLP

                                      /s/ *Orion Armon*
                                       Orion Armon (pro hac vice)
                                       Attorneys for Defendant Quest Software, Inc.

Dated:  January 6, 2011               SIDLEY AUSTIN LLP

                                      /s/ *Marc R. Ascolese*
                                       Marc R. Ascolese
                                       Attorneys for Plaintiff Centrify Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____           _____
                                     The Hon. Claudia Wilken
                                     United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ *Orion Armon*
Orion Armon (pro hac vice)

350319 v1/CO