IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>QUEST SOFTWARE, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03873 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Motion to Stay under submission on the papers. The hearing previously scheduled for Thursday, January 20, 2011, is vacated.

Dated: 1/18/2011

                                                              Deputy Clerk