COOLEY LLP
THOMAS J. FRIEL, JR. (State Bar No. 80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

WAYNE O. STACY (pro hac vice)
(stacywo@cooley.com)
ORION ARMON (pro hac vice)
(oarmon@cooley.com)
COOLEY LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendant
Quest Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUEST SOFTWARE, INC.,<br><br>　　　　　Defendant. | Case No. C 10-3873-CW<br><br>**CIVIL L.R. 7-11 ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STAY (D.I. 29)**<br><br>Date: N/A<br>Time: N/A<br>Location: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

1    Pursuant to Civil L.R. 7-11, Quest Software moves for leave to file a two-page supplemental brief in support of its Motion to Stay.  (D.I. 29.)  Good cause exists for granting the motion because circumstances have changed since briefing on Quest's Motion to Stay was completed.

Two days ago—on January 26, 2011—Centrify filed a motion to stay the first-filed patent litigation that is pending between the parties in Utah.  Centrify's arguments to the Utah court are directly relevant to Quest's Motion to Stay this case because Centrify's arguments directly contradict the arguments Centrify made to this Court when it opposed staying this litigation.  In short, Centrify flip-flopped on the stay issue.  Centrify's dramatic change of position completely undermines its arguments against staying this litigation.  The Court should be apprised of Centrify's arguments to the Utah court before it determines whether to stay this case.

Quest's proposed supplemental brief is attached as Exhibit 1 to this motion.

Dated: January 28, 2011            COOLEY LLP


 /s/ *Orion Armon*
Orion Armon (pro hac vice)

Attorneys for Defendant Quest Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2011, I electronically filed the foregoing Quest Software, Inc.'s Civ. L. R. 7-11 Administrative Motion for Leave to File a Supplemental Brief in Support of Its Motion to Stay and Supporting Documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward V. Anderson | evanderson@sidley.com |
| Marc R. Ascolese | mascolese@sidley.com |
| Philip W. Woo | pww@sidley.com |
| Duy Duc Nguyen | ddnguyen@sidley.com |
| Sidley Austin, LLP | |
| 1001 Page Mill Road, Bldg 1 | |
| Palo Alto, CA  94304 | |

Executed on January 28, 2011 at Broomfield, Colorado.

                                             *s/   Orion Armon*
                                                  Orion Armon

## DECLARATION PURSUANT TO CIV. L. R. 7-11(a)

I, Orion Armon, hereby attest in accordance with Civil Local Rule 7-11(a) that counsel for Quest and Centrify held a telephonic meet-and-confer concerning the relief requested in this motion on January 27, 2011.  Centrify opposes this motion because it does not believe that additional briefing on Quest's Motion to Stay is warranted.

Dated:  January 28, 2011                              By: */s/ Orion Armon*
                                                                         Orion Armon (pro hac vice)

351393 v1/CO