EDWARD V. ANDERSON (SBN 83148)
evanderson@sidley.com
DUY D. NGUYEN (SBN 246271)
ddnguyen@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone:     650-565-7000
Facsimile:      650-565-7100

PHILIP W. WOO (SBN 196459)
pwoo@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone:     415-772-1200
Facsimile:      415-772-7400

*Attorneys for Plaintiff Centrify Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUEST SOFTWARE, INC.<br><br>　　　　　Defendant. | Case No. 10-3873-CW<br><br>**CENTRIFY CORPORATION'S OPPOSITION TO QUEST SOFTWARE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF, OR IN THE ALTERNATIVE, CENTRIFY CORPORATION'S MOTION FOR LEAVE TO FILE RESPONSE TO QUEST SOFTWARE'S SUPPLEMENTAL BRIEF**<br><br>Date:　　　　N/A<br>Time:　　　　N/A<br>Courtroom:　2, 4th Floor<br>Judge:　　　Hon. Claudia Wilken |

"The local rules are structured to deter an endless cycle of filings and counter-filings." *Michael Taylor Designs, Inc. v. Travelers Prop. Cas. Co. of Am.*, --- F. Supp. 2d ---, 2010 WL 221658 (N.D. Cal. Jan. 20, 2011). Defendant Quest Software's Motion for Leave to File a Supplemental Brief In Support of Its Motion to Stay undermines the Local Rules' purpose of promoting judicial economy. Defendant contends that "circumstances have changed" because Centrify filed a motion to stay the Utah matter. However, Defendant was aware of Centrify's intended filing months ago, apprised this Court of the filing, and argued the relevance of the filing in Defendant's Reply brief. *See* Defendant's Reply In Support of Its Motion to Stay (Dkt. No. 36) at 1:16-17, 3:14-25. No cause exists for Defendant's Motion for Leave; it is a classic example of over-litigation, and should be denied.

Alternatively, should the Court be inclined to consider Defendant's Supplemental Brief, Centrify respectfully requests an opportunity to address the issues raised therein by hereby seeking leave to submit Centrify's response to Defendant's Supplemental Brief, attached hereto as Exhibit A.

Dated: February 1, 2011

SIDLEY AUSTIN LLP

 /s/  Edward V. Anderson

EDWARD V. ANDERSON ( 83148)
evanderson@sidley.com
DUY D. NGUYEN (SBN 246271)
ddnguyen@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
Telephone:     650-565-7000
Facsimile:     650-565-7100

-1-

CENTRIFY CORP.'S OPPOSITION TO QUEST SOFTWARE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
CASE NO. 4:10-cv-3873-CW

-2-

| | |
|---|---|
| 1 | PHILIP W. WOO (SBN 196459) |
| 2 | pwoo@sidley.com |
| | MARC R. ASCOLESE (SBN 251397) |
| 3 | mascolese@sidley.com |
| | SIDLEY AUSTIN LLP |
| 4 | 555 California Street |
| | San Francisco, CA 94104 |
| 5 | Telephone:   415-772-1200 |
| | Facsimile:    415-772-7400 |
| 6 | *Attorneys for Defendant Centrify Corporation* |

CENTRIFY CORP.'S OPPOSITION TO QUEST SOFTWARE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
CASE NO. 4:10-cv-3873-CW