EDWARD V. ANDERSON (SBN 83148)
evanderson@sidley.com
DUY D. NGUYEN (SBN 246271)
ddnguyen@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone:    650-565-7000
Facsimile:     650-565-7100

PHILIP W. WOO (SBN 196459)
pwoo@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone:    415-772-1200
Facsimile:     415-772-7400

*Attorneys for Plaintiff Centrify Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>QUEST SOFTWARE, INC.<br><br>　　　　　Defendant. | Case No. 10-3873-CW<br><br>**CENTRIFY'S ANSWER TO QUEST'S AMENDED ANSWER AND COUNTERCLAIMS** |

Plaintiff Centrify Corporation ("Centrify"), responds to Quest Software, Inc.'s ("Quest's") Amended Answer and Counterclaims to Plaintiff's First Amended Complaint ("Counterclaims") filed on January 20, 2011 [Dkt. No. 40], as follows. All averments contained in the Counterclaims are denied, except those specifically admitted herein.

## PARTIES

1. Centrify lacks knowledge sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies the allegations of Paragraph 1 of the Counterclaims.

2. Centrify admits it is a Delaware corporation with its principal place of business located at 785 N. Mary Avenue, Suite 200, Sunnyvale, California 94085. Centrify admits that it is the assignee of all right, title, and interest to United States Patent No. 7,591,005 ("the '005 patent"). Centrify denies each and every remaining allegation of Paragraph 2 of the Counterclaims.

## JURISDICTION AND VENUE

3. Centrify admits that, as a legal matter, Quest has attempted to state claims for declaratory relief. Centrify admits that, as a legal matter, this Court has subject matter jurisdiction over the purported subject matter of the Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202. Except as admitted, Centrify denies each and every allegation of Paragraph 3 of the Counterclaims.

4. Centrify admits that this Court has personal jurisdiction over Centrify. Except as admitted, Centrify denies each and every allegation of Paragraph 4 of the Counterclaims.

5. Centrify admits that venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

## ACTUAL CONTROVERSY

6. Centrify admits that the '005 patent issued on September 15, 2009, and names Paul Moore as the inventor. Centrify further admits that a copy of the '005 patent was attached as Exhibit A to the Counterclaims.

7. Centrify admits that on August 30, 2010, it filed a Complaint in the United States District Court for the Northern District of California stating that it is the owner by assignment of all right, title and interest to the '005 patent, and that Quest has been and is currently infringing one or

-2-

more claims of the '005 patent.  Centrify did not specifically allege in its Complaint that the '005 patent is valid because, under 35 U.S.C. § 282, the '005 patent "shall be presumed valid." Additionally, Centrify did not specifically allege in its Complaint that the '005 patent is enforceable because that is not Centrify's burden.  Nevertheless, Centrify hereby asserts that the '005 patent is valid and enforceable.

8.  Centrify lacks knowledge sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies the allegations of Paragraph 8 of the Counterclaims.

9.  Centrify admits that an actual case or controversy exists between Quest and Centrify. Except as admitted, Centrify denies each and every allegation of Paragraph 9 of the Counterclaims.

## CLAIM ONE—DECLARATION OF NON-INFRINGEMENT OF THE '005 PATENT[1]

10.  Centrify incorporates by reference the responses above to Paragraphs 1-9 of the Counterclaims.

11.  Centrify denies each and every allegation of Paragraph 11 of the Counterclaims.

12.  Centrify denies each and every allegation of Paragraph 12 of the Counterclaims.

13.  Centrify denies each and every allegation of Paragraph 13 of the Counterclaims.

14.  Centrify lacks knowledge sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies the allegations of Paragraph 14 of the Counterclaims.

15.  Centrify admits that it is likely to continue to assert that Quest has been and is currently infringing one or more claims of the '005 patent.

16.  Centrify denies each and every allegation of Paragraph 16 of the Counterclaims, and further denies that Quest's Claim One of its Counterclaims warrants declaratory relief.

## CLAIM TWO—DECLARATION OF INVALIDITY OF THE '005 PATENT

17.  Centrify incorporates by reference the responses above to Paragraphs 1-16 of the Counterclaims.

---

[1] Centrify repeats the headings set forth in the Amended Counterclaims and in order to simplify comparison of the Amended Counterclaims and this Answer.  By doing so, Centrify makes no admissions regarding the substance of the heading or any other allegations of the Amended Counterclaims and, in fact, unless otherwise stated, to the extent that a particular heading can be construed as an allegation, Centrify specifically denies all such allegations.

-3-

18. Centrify denies each and every allegation of Paragraph 18 of the Counterclaims.

19. Centrify lacks knowledge sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis denies the allegations of Paragraph 19 of the Counterclaims.

20. Centrify admits that it is likely to continue to assert that Quest has been and is currently infringing one or more claims of the '005 patent.

21. Centrify denies each and every allegation of Paragraph 21 of the Counterclaims, and further denies that Quest's Claim Two of its Counterclaims warrants declaratory relief.

### RESPONSE TO QUEST'S PRAYER FOR RELIEF

Centrify denies that Quest is entitled to any judgment or other relief whatsoever in this action, either as prayed for in its Counterclaims or otherwise.  To the extent that this section may be deemed to allege any facts or any factual or legal entitlements to the relief requested, Centrify denies and each every such allegation.

### RESPONSE TO QUEST'S JURY DEMAND

Centrify states that this paragraph requires no response from Centrify.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

Quest's Counterclaims fail to state claims upon which relief can be granted.

#### Second Affirmative Defense

Centrify reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

### PRAYER FOR RELIEF

WHEREFORE, Centrify respectfully requests that the Court grant the following relief to Centrify:

A. A judgment that denies Quest any relief with respect to its allegations against Centrify;

-4-

B.     A judgment that each and every claim of the '005 patent is valid and enforceable;

C.     A judgment that Quest has been and is currently infringing, contributorily infringing and inducing others to infringe the '005 patent;

D.     A judgment and order denying Quest's request for attorneys fees, costs and expenses;

E.     A judgment and order that Quest pay Centrify's costs, expenses, and attorney fees in accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of Civil Procedure; and

F.     That Centrify be granted such other further relief as the Court deems just and proper.

Dated: February 7, 2011                             SIDLEY AUSTIN LLP


/s/  Marc R. Ascolese
EDWARD V. ANDERSON ( 83148)
evanderson@sidley.com
DUY D. NGUYEN (SBN 246271)
ddnguyen@sidleyc.om
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone:     650-565-7000
Facsimile:      650-565-7100

PHILIP W. WOO (SBN 196459)
pwoo@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:     415-772-1200
Facsimile:      415-772-7400

***Counsel for Plaintiff Centrify Corp.***

-5-

CENTRIFY'S ANSWER to QUEST'S AMENDED ANSWER AND COUNTERCLAIMS
CASE NO. 4:10-cv-3873-CW