**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CLAUDIA WILKEN, JUDGE

| | | |
|---|---|---|
| CENTRIFY CORPORATION, | ) | |
| | ) | PAGES 1 - 9 |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO. C 10-03873 CW |
| | ) | |
| QUEST SOFTWARE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | OAKLAND, CALIFORNIA |
| _____ | ) | TUESDAY, DECEMBER 14, 2010 |

## TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFF:          SIDLEY AUSTIN, LLP
                        1001 PAGE MILL ROAD BUILDING 1
                        PALO ALTO, CALIFORNIA  94304
                  BY:   EDWARD V. ANDERSON
                        MARC R. ASCOLESE, ATTORNEYS AT LAW


FOR DEFENDANT:          COOLEY GODWARD KRONISH LLP
                        380 INTERLOCKEN CRESCENT
                        SUITE 900
                        BROOMFIELD, COLORADO 80021-8023
                  BY:   ORION ARMON, ATTORNEY AT LAW




REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 451-7530*

```
 1   TUESDAY, DECEMBER 14, 2010                        2:03 P.M.

 2                    P R O C E E D I N G S

 3          THE CLERK:  WE'RE CALLING 10-3873, CENTRIFY

 4   CORPORATION VERSUS QUEST SOFTWARE.

 5                 (PAUSE IN THE PROCEEDINGS.)

 6          THE CLERK:  PLEASE STEP FORWARD AND STATE YOUR

 7   APPEARANCES FOR THE RECORD, PLEASE.

 8          MR. ANDERSON:  GOOD AFTERNOON, YOUR HONOR.  IT'S ED

 9   ANDERSON AND MARC ASCOLESE ON BEHALF OF PLAINTIFF CENTRIFY.

10          MR. ARMON:  AFTERNOON, YOUR HONOR.  IT'S ORION ARMON

11   WITH COOLEY ON BEHALF OF QUEST SOFTWARE, THE DEFENDANT.

12          THE COURT:  GOOD AFTERNOON.

13          SO THIS IS ON FOR A CASE MANAGEMENT CONFERENCE.  IF

14   YOU WANT TO TAKE ONE OF THOSE SCHEDULING ORDERS THAT'S RIGHT

15   THERE, YOU CAN FILL IN THE DATES AS WE SET THEM.  YOU'LL GET

16   ANOTHER COPY THROUGH E-FILING.  ATTACHED TO IT YOU'LL FIND THE

17   ORDER FOR PRETRIAL PREPARATION WHICH WILL TELL YOU THE PAPERWORK

18   THAT WILL NEED TO FILED IN ADVANCE OF THE PRETRIAL CONFERENCE.

19          IN TERMS OF --

20                 (OFF-THE-RECORD DISCUSSION.)

21          THE COURT:  -- ALTERNATIVE DISPUTE RESOLUTION, YOU

22   HAVE AGREED TO OR ALREADY BEEN ORDERED TO COURT-CONNECTED

23   MEDIATION TO BE HELD NO LATER THAN APRIL 1, 2011.

24          OFTENTIMES CASES LIKE THIS PREFER PRIVATE MEDIATION

25   BECAUSE YOU'RE NOT GOING TO GET A FULL AMOUNT OF TIME.  SO IF
```

```
 1   YOU WANT TO DO PRIVATE MEDIATION INSTEAD, YOU CAN DO THAT.  JUST

 2   LET US KNOW.

 3            MR. ANDERSON:  THAT WAS OUR PREFERENCE, YOUR HONOR,

 4   BUT WE -- WE COULDN'T AGREE, SO --

 5            THE COURT:  OH, OKAY.  WELL, IF YOU TALK THEM INTO

 6   IT, THEN YOU CAN SWITCH.  BUT, OF COURSE, THAT HAS TO BE PAID

 7   FOR.

 8            SO THE DEFAULT WILL BE COURT-CONNECTED MEDIATION

 9   UNLESS YOU CAN AGREE TO PRIVATE MEDIATION IN THE MEANTIME.

10            THE DEADLINE TO ADD ADDITIONAL PARTIES OR CLAIMS --

11   YOU SAY YOU AREN'T GOING TO ADD ANY -- OH, BUT YOU PUT A

12   PROPOSED DATE ANYWAY OF MARCH 7TH OF 2011, SO THAT'S OKAY.

13            NOW, THE OTHER THING, THOUGH, IS -- OH, AND YOUR

14   INITIAL DISCLOSURES YOU INTENDED TO DO BY TODAY.  SO HAVE YOU

15   DONE THAT?

16            MR. ANDERSON:  NOT YET, YOUR HONOR.

17            MR. ARMON:  YES, YOUR HONOR, WE HAVE.

18            THE COURT:  SO YOU'RE GOING TO DO YOURS IN THE NEXT

19   COUPLE OF HOURS?

20            MR. ANDERSONF:  YES.

21            THE COURT:  QUEST WANTS TO MOVE TO STAY LITIGATION.

22   I GUESS YOU CAN DO THAT.  THE SOONER YOU DO IT, THE BETTER.

23            MR. ARMON:  YOUR HONOR --

24            THE COURT:  IF THAT'S WHAT YOU WANT TO DO AND YOU

25   CAN'T AGREE TO IT, THEN I GUESS YOU'LL HAVE TO FILE A MOTION.
```

1          **MR. ARMON:**  YOUR HONOR, QUEST ALREADY HAS FILED AN

2     OPENING BRIEF.

3          **THE COURT:**  OH, OKAY.  WELL, THERE YOU GO.

4          YOU HAVE VARIOUS PROPOSED CHANGES TO LIMITATIONS ON

5     DISCOVERY.  THOSE ARE ORDERED.  THOSE ARE ALL FINE.

6          YOU'VE GOT ANOTHER CASE IN UTAH.  I DON'T KNOW.

7     MAYBE YOU WANT TO SEND THIS CASE TO UTAH.  THEN YOU COULD DO

8     THEM BOTH TOGETHER.

9          **MR. ANDERSON:**  ACTUALLY, YOUR HONOR, WE'RE GOING TO

10    MOVE TO MOVE IT HERE, YOUR HONOR.

11         **THE COURT:**  WHY AM I NOT SURPRISED?

12         OKAY.

13         **MR. ANDERSON:**  SO ALL THE LAWYERS ARE HERE, ALL THE

14    PARTIES ARE HERE.  AND, HOPEFULLY, WE'LL BE HERE; BOTH CASES

15    WILL BE HERE.

16         **THE COURT:**  IF YOU MAKE THAT MOTION, MAKE IT QUICKLY

17    SO THAT WE CAN FOLD IT INTO THIS ONE IF WE HAVE TO.

18         NOW, IN TERMS OF YOUR DATES, THOUGH, YOU'VE GOT A --

19    A BIG CHANGE, AND THAT IS THAT I DON'T DO THE CLAIM CONSTRUCTION

20    SEPARATELY FROM THE CASE DISPOSITIVE MOTIONS.  I DO THEM LIKE

21    JUDGE WHYTE DOES THEM IN SAN JOSE, AT THE SAME TIME.  SO I'VE

22    MODIFIED YOUR SCHEDULE, AND BECAUSE I'VE GOT A LOT OF THINGS ON

23    THE CALENDAR, I'M NOT GOING TO DISCUSS IT.  I'M JUST GOING TO

24    TELL YOU WHAT I DID.

25         WHAT I DID IS I TOOK ALL OF YOUR DATES FROM

1     DISCLOSURE OF CLAIMS AND CONTENTIONS AND ALL OF THAT, STARTING

2     WITH THE JANUARY 11TH DATE AND GOING ALL THE WAY DOWN TO THE

3     JUNE 1 DATE.  THOSE ARE ALL ADOPTED.

4              BUT WHERE YOU'VE GOT YOURSELVES SERVING AND FILING

5     CLAIM CONSTRUCTION BRIEFS, THAT WON'T HAPPEN.  AND INSTEAD, I

6     TOOK ALL YOUR DATES THAT WERE, LIKE, 50 DAYS FROM THE COURT'S

7     CLAIM CONSTRUCTION, ET CETERA, AND I JUST MADE THEM 50 DAYS FROM

8     THE COMPLETION OF CLAIM DISCOVERY AND FILINGS AND SO ON.

9              SO I'VE COME UP WITH THESE DATES.  IF YOU DON'T LIKE

10    THEM, YOU CAN STIPULATE TO DIFFERENT ONES.  BUT I FOLLOWED THE

11    NUMBER OF DAYS YOU USED AND JUST PUT DATES TO IT.  SO WHAT IT

12    WOULD BE IS THAT YOU'D DISCLOSE YOUR RELIANCE ON ADVICE OF

13    COUNSEL OR DISCLOSE YOUR OPINIONS OF COUNSEL ON AUGUST 1 OF

14    2011, COMPLETE FACT DISCOVERY, SEPTEMBER 1; DESIGNATE EXPERTS,

15    OCTOBER 3; SERVE EXPERT REPORTS ON WHICH YOU HAVE THE BURDEN OF

16    PROOF, NOVEMBER 1; SERVE REBUTTAL EXPERT REPORTS, NOVEMBER 21ST;

17    SERVE REPLY EXPERT REPORTS, DECEMBER 1ST; EXPERT DISCOVERY

18    DEADLINE, DECEMBER 20TH.

19              AND THEN WHEN YOU GET DOWN TO FILING THE DISPOSITIVE

20    MOTIONS, WHAT WE WOULD DO IS THIS:  FIRST THE PLAINTIFF FILES A

21    MOTION.  AND THAT'S ON JANUARY 19TH, AND WE'RE NOW UP TO 2012.

22    THAT MOTION INCLUDES ALL OF YOUR DISPUTED CLAIM CONSTRUCTION AND

23    ANYTHING THAT -- OH, YOU'RE THE PLAINTIFF.  I'M SORRY.  I'M NOT

24    IN MY OWN COURTROOM SO I'M LOOKING IN THE WRONG DIRECTION.

25              THE OPENING BRIEF WOULD BE YOUR CLAIM CONSTRUCTION

6

1   AND ANYTHING YOU THINK CAN BE DECIDED AS A MATTER OF LAW,

2   WHETHER IT'S NON-INFRINGEMENT OR INVALIDITY OR WHATEVER.

3           THEN ON THE 9TH OF FEBRUARY, YOU FILE IN A SINGLE

4   BRIEF -- AND THAT'S IN ONE BRIEF, BY THE WAY.  YOU FILE IN A

5   SINGLE BRIEF YOUR OPPOSITION TO THEIR MOTION, YOUR CROSS-MOTION

6   ON ANYTHING YOU THINK CAN BE DECIDED AS A MATTER OF LAW THAT

7   THEY DIDN'T BRING UP, AND YOUR CLAIM CONSTRUCTION.

8           **MR. ARMON:**  OKAY.

9           **THE COURT:**  THEN ON THE 3RD OF FEBRUARY (SIC), YOU

10  FILE A BRIEF, WHICH INCLUDES YOUR OPPOSITION TO THEIR

11  CROSS-MOTIONS, YOUR REPLY TO THEIR VIEWS OF CLAIM CONSTRUCTION,

12  AND YOUR REPLY TO THEIR OPPOSITION TO YOUR MOTION.

13          ON THE 3RD OF MARCH, THE DEFENDANT FILES A REPLY TO

14  THE CROSS-MOTION, PERIOD.

15          **MR. ARMON:**  OKAY.

16          **THE COURT:**  AND THEN IT'S HEARD ON MARCH 15TH AT

17  2:00 O'CLOCK.

18          THE TRIAL, YOU CAN HAVE MONDAY SEPTEMBER 24TH.  YOU

19  CAN HAVE -- AND THAT'S AT 8:30.  YOU CAN HAVE YOUR PRETRIAL ON

20  TUESDAY SEPTEMBER 11TH AT 2:00 O'CLOCK.  I HAVE DEADLINES IN MY

21  PRETRIAL PREP ORDER THAT TELL YOU WHEN TO FILE MOTIONS IN LIMINE

22  AND SO FORTH.  YOU PUT SOME SPECIAL DATES IN HERE, AUGUST 28TH,

23  AND AUGUST 21ST.  THOSE DATES ARE OKAY WITH ME AS LONG AS

24  THEY'RE EARLIER THAN MY DATES, NOT LATER THAN MY DATES.

25          YOU WANT A JURY TRIAL.  YOU'RE SAYING TEN COURT DAYS.

```
1    THAT'S AWFULLY LONG FOR ONE PATENT.  YOU -- YOU REALLY THINK --

2    HOW MANY ACCUSED PRODUCTS ARE THERE?  YOU REALLY THINK YOU NEED

3    TEN DAYS?

4              MR. ANDERSON:  IT MAY BE SHORTER, YOUR HONOR.  BUT AT

5    THIS POINT -- I'D BE HAPPY TO ADVISE YOUR HONOR LATER IF IT

6    LOOKS LIKE IT WILL BE SHORTER.

7              MR. ARMON:  YOUR HONOR, I -- QUEST'S POSITION IS THAT

8    SEVEN DAYS SHOULD BE MORE THAN ADEQUATE.

9              THE COURT:  WELL, LET'S CALL IT EIGHT, THEN.  WE'LL

10   PUT IT DOWN FOR AN EIGHT-DAY JURY TRIAL.

11             MR. ANDERSON:  OKAY.

12             THE COURT:  NOW, IF YOU GET THIS UTAH CASE HERE,

13   WE'LL HAVE TO RETHINK WHETHER WE WANT TO TRY THEM TOGETHER OR

14   WHATEVER, SO WE'LL HAVE A CASE MANAGEMENT CONFERENCE ON THAT.

15             IF WE STAY IT PENDING THE REEXAM, THEN -- THEN WE

16   STAY IT.  BUT FAILING ANY OF THAT, THIS IS WHAT WE'LL DO.  OKAY.

17             MR. ARMON:  YOUR HONOR, THERE'S --

18             THE COURT:  ANYTHING ELSE?

19             MR. ARMON:  THERE WAS ONE DISPUTED ISSUE THAT WASN'T

20   ADDRESSED.  CENTRIFY REQUESTED A LIMIT OF 12 30(B)(6) TOPICS.

21   QUEST OPPOSES THE LIMIT.

22             THE COURT:  OH, I THOUGHT YOU'D AGREED ON ALL THOSE

23   THINGS.

24             MR. ARMON:  THAT WAS THE ONE ISSUE THAT WAS DISPUTED.

25             THE COURT:  OH, OKAY.  I'M AFRAID I'M NOT GOING TO BE
```

1  ABLE TO DECIDE THAT FOR YOU.  YOU'LL GO BY THE FEDERAL RULES,

2  AND THE PERSON WOULD DOESN'T LIKE THEM AND CAN'T OBTAIN AN

3  AGREEMENT TO THE CONTRARY NEEDS TO FILE A MOTION AND WE'LL REFER

4  IT TO A MAGISTRATE JUDGE.

5           **MR. ARMON:**  THANK YOU, YOUR HONOR.

6           **THE COURT:**  THANK YOU.

7           (PROCEEDINGS WERE CONCLUDED AT 2:11 P.M.)

8                      --O0O--

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    **CERTIFICATE OF REPORTER**

4         I, RAYNEE H. MERCADO, OFFICIAL REPORTER FOR THE UNITED

5    STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY

6    THAT THE FOREGOING PROCEEDINGS IN C10-03873CW, CENTRIFY CORP.

7    V. QUEST SOFTWARE, INC., WERE REPORTED BY ME, A CERTIFIED

8    SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY

9    DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL,

10   COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT

11   THE TIME OF FILING.

12        THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID

13   TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE

14   COURT FILE.

15

16   _____

17   RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR

18              FRIDAY, FEBRUARY 18, 2011

19

20

21

22

23

24

25