COOLEY LLP
THOMAS J. FRIEL, JR. (State Bar No. 80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

WAYNE O. STACY (*pro hac vice*)
(stacywo@cooley.com)
ORION ARMON (*pro hac vice*)
(oarmon@cooley.com)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendant
Quest Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE, INC.,<br><br>  Defendant. | Case No. C 10-3873-CW<br><br>**QUEST SOFTWARE'S NOTICE OF ENTRY OF ORDER ON CENTRIFY CORPORATION'S MOTIONS TO STAY AND CHANGE VENUE IN RELATED UTAH ACTION** |

Pursuant to the Court's Order dated February 11, 2011 (Dkt. 44), Quest Software, Inc. hereby notifies this Court that the District of Utah Court in *Quest Software, Inc. v. Centrify Corp. and Likewise Software, Inc.*, Case Number 2:10-CV-859 TS, denied Centrify Corporation's motion to transfer the Utah litigation to the Northern District of California. The Utah Court's Order is attached hereto as Exhibit A.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2011 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Orion Armon* |
| 4 | | |
| 5 | | THOMAS J. FRIEL, JR.<br>tfriel@cooley.com<br>COOLEY LLP |
| 6 | | 101 California Street, 5th Floor<br>San Francisco, CA  94111-5800 |
| 7 | | Telephone:     (415) 693-2000<br>Facsimile:      (415) 693-2222 |
| 8 | | |
| 9 | | WAYNE O. STACY (*pro hac vice*)<br>stacywo@cooley.com |
| 10 | | ORION ARMON  (*pro hac vice*)<br>oarmon@cooley.com<br>COOLEY LLP |
| 11 | | 380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023 |
| 12 | | Telephone:     (720) 566-4000<br>Facsimile:      (720) 566-4099 |
| 13 | | |
| 14 | | ATTORNEYS FOR DEFENDANT<br>QUEST SOFTWARE, INC. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**NOTICE OF ENTRY OF ORDER ON MOTIONS TO STAY, CHANGE VENUE IN RELATED UTAH ACTION (CASE NO. C 10-3873-CW)**

**PROOF OF SERVICE**
**(FRCP 5)**

I, Orion Armon, am a citizen of the United States and a resident of the state of Colorado. I am over the age of eighteen years. My business address is Cooley LLP, 380 Interlocken Crescent, Suite 900, Broomfield, CO 80021. On March 25, 2011, I caused the documents described below to be served in the manner herein described:

**QUEST SOFTWARE'S NOTICE OF ENTRY OF ORDER ON CENTRIFY CORPORATION'S MOTIONS TO STAY AND CHANGE VENUE IN RELATED UTAH ACTION**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Broomfield, Colorado.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

Edward V. Anderson          evanderson@sidley.com
Marc R. Ascolese            mascolese@sidley.com
Philip W. Woo               pwoo@sidley.com
SIDLEY AUSTIN, LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304

Executed on March 25, 2011 at Broomfield, Colorado.

　　　　　　　　　　　　　　　　　　　　　_s/ Orion Armon_

928550 v1/HN