1  [JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>QUEST SOFTWARE, INC.<br><br>              Defendant. | Case No. 10-3873-CW<br><br>**JOINT STIPULATION AND ORDER REGARDING PATENT L.R. 4-2 DEADLINE**<br><br>[**Civil L.R. 6-2 and 7-12**] |

**JOINT STIPULATION**

Pursuant to the Court's Minute Order and Case Management Order (Docket No. 33) and Patent L.R. 4-2, the current deadline for the parties to exchange preliminary claim constructions and extrinsic evidence is April 11, 2011.  At the request of counsel for Centrify, the parties have met and conferred and have reached agreement on the following new deadline for the exchange of preliminary claim constructions and extrinsic evidence required by Patent L.R. 4-2:

| **Description** | **Proposed Deadline** |
| --- | --- |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Wednesday April 13, 2011 |

Centrify requested the two day delay in the deadline to accommodate the schedule of its counsel.  This proposed change in schedule only delays the previous deadline by two days, and has no further effect on the schedule for the case.  There has been no previous time modification for this case.  The requested change to the case schedule will have no further effect on the schedule for the case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 11, 2011

| | |
|---|---|
| By:  /s/ Marc R. Ascolese | By:  /s/ Orion Armon |
| EDWARD V. ANDERSON ( 83148) | THOMAS J. FRIEL, JR. (80065) |
| evanderson@sidley.com | tfriel@cooley.com |
| DUY D. NGUYEN (SBN 246271) | COOLEY LLP |
| ddnguyen@sidleyc.om | 101 California Street, 5th Floor |
| SIDLEY AUSTIN LLP | San Francisco, CA  94111-5800 |
| 1001 Page Mill Road, Building 1 | Telephone:     (415) 693-2000 |
| Palo Alto, CA 94304 | Facsimile:      (415) 693-2222 |
| Telephone:     650-565-7000 | |
| Facsimile:      650-565-7100 | WAYNE O. STACY (*pro hac vice*) |
| | stacywo@cooley.com |
| PHILIP W. WOO (SBN 196459) | ORION ARMON (*pro hac vice*) |
| pwoo@sidley.com | oarmon@cooley.com |
| MARC R. ASCOLESE (SBN 251397) | COOLEY LLP |
| mascolese@sidley.com | 380 Interlocken Crescent |
| SIDLEY AUSTIN LLP | Suite 900 |
| 555 California Street, Suite 2000 | Broomfield, CO  80021-8023 |
| San Francisco, CA  94104-1715 | Telephone:     (720) 566-4000 |
| Telephone:    415-772-1200 | Facsimile:      (720) 566-4099 |
| Facsimile:     415-772-7400 | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff Centrify Corp.* | *Quest Software, Inc.* |

-3-

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                              /s/ Marc R. Ascolese

# SCHEDULING ORDER

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action No. 4:10-cv-3873-CW:

| Description | Deadline |
|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Wednesday April 13, 2011 |

SO ORDERED.

Dated: 4/12/2011

_____
CLAUDIA WILKEN
United States District Judge