[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>QUEST SOFTWARE, INC.<br><br>            Defendant. | Case No. 10-3873-CW<br><br>**JOINT STIPULATION AND ORDER REGARDING PATENT L.R. 4-3 AND 4-4 DEADLINES**<br><br>[**Civil L.R. 6-2 and 7-12**] |

**JOINT STIPULATION**

Pursuant to the Court's Minute Order and Case Management Order (Docket No. 33) and Patent L.R. 4-3 and 4-4, the current deadline for the parties to file their Joint Claim Construction and Prehearing Statement is May 2, 2011, and the current deadline for the completion of claim construction discovery is June 1, 2011.  The parties have met and conferred regarding the proposed construction of disputed claims, have made significant progress in reducing the number of claim terms that will need to be construed, and have reached agreement on the following new deadlines:

| **Description** | **Proposed Deadline** |
|---|---|
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | May 16, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | June 15, 2011 |

The parties request the additional time so that they may further reduce the number of claim terms that will need to be construed, thereby simplifying the case for the parties and the Court.  This proposed change in schedule has no significant impact on the current schedule as the opening brief for claim construction is not due until January 19, 2012, and initial expert reports are not due until November 1, 2011.  The only previous time modification for this case was the change of the Patent L.R 4-2 deadline from April 11, 2011 to April 13, 2011.  *See* Docket No. 54.  The requested change to the case schedule will have no further effect on the schedule for the case.

-1-

JOINT STIPULATION RE PLR 4-3 & 4-4 DEADLINES
CASE NO. 4:10-cv-3873-CW

-2-

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 1, 2011

By: /s/ Marc R. Ascolese
    EDWARD V. ANDERSON ( 83148)
    evanderson@sidley.com
    DUY D. NGUYEN (SBN 246271)
    ddnguyen@sidleyc.om
    SIDLEY AUSTIN LLP
    1001 Page Mill Road, Building 1
    Palo Alto, CA 94304
    Telephone:   650-565-7000
    Facsimile:   650-565-7100

    PHILIP W. WOO (SBN 196459)
    pwoo@sidley.com
    MARC R. ASCOLESE (SBN 251397)
    mascolese@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, CA  94104-1715
    Telephone:   415-772-1200
    Facsimile:   415-772-7400

    *Counsel for Plaintiff Centrify Corp.*

By: /s/ Orion Armon
    THOMAS J. FRIEL, JR. (80065)
    tfriel@cooley.com
    COOLEY LLP
    101 California Street, 5th Floor
    San Francisco, CA  94111-5800
    Telephone:   (415) 693-2000
    Facsimile:   (415) 693-2222

    WAYNE O. STACY (*pro hac vice*)
    stacywo@cooley.com
    ORION ARMON (*pro hac vice*)
    oarmon@cooley.com
    COOLEY LLP
    380 Interlocken Crescent
    Suite 900
    Broomfield, CO  80021-8023
    Telephone:   (720) 566-4000
    Facsimile:   (720) 566-4099

    *Counsel for Defendant Quest Software, Inc.*

-3-

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Marc R. Ascolese

-4-

## **SCHEDULING ORDER**

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action No. 4:10-cv-3873-CW:

| Description | Deadline |
| --- | --- |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | May 16, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | June 15, 2011 |

SO ORDERED.

Dated: __5/2/2011__

_____
CLAUDIA WILKEN
United States District Judge