[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE, INC.<br><br>    Defendant. | Case No. 10-3873-CW<br><br>**JOINT STIPULATION AND ORDER REGARDING PATENT L.R. 4-3 AND 4-4 DEADLINES**<br><br>[**Civil L.R. 6-2 and 7-12**] |

## JOINT STIPULATION

Pursuant to the Court's Minute Order and Case Management Order (Docket No. 33) and Patent L.R. 4-3 and 4-4, the current deadline for the parties to file their Joint Claim Construction and Prehearing Statement is May 2, 2011, and the current deadline for the completion of claim construction discovery is June 1, 2011. The parties have met and conferred regarding the proposed construction of disputed claims, have made significant progress in reducing the number of claim terms that will need to be construed, and have reached agreement on the following new deadlines:

| Description | Proposed Deadline |
|---|---|
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | May 16, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | June 15, 2011 |

The parties request the additional time so that they may further reduce the number of claim terms that will need to be construed, thereby simplifying the case for the parties and the Court. This proposed change in schedule has no significant impact on the current schedule as the opening brief for claim construction is not due until January 19, 2012, and initial expert reports are not due until November 1, 2011. The only previous time modification for this case was the change of the Patent L.R 4-2 deadline from April 11, 2011 to April 13, 2011. *See* Docket No. 54. The requested change to the case schedule will have no further effect on the schedule for the case.

1

2

3

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 1, 2011

4

5

By:   /s/ Marc R. Ascolese                    By:   /s/ Orion Armon

6

7

8

9

10

11

12

13

14

15

16

17

| EDWARD V. ANDERSON ( 83148) | THOMAS J. FRIEL, JR. (80065) |
|---|---|
| evanderson@sidley.com | tfriel@cooley.com |
| DUY D. NGUYEN (SBN 246271) | COOLEY LLP |
| ddnguyen@sidleyc.com | 101 California Street, 5th Floor |
| SIDLEY AUSTIN LLP | San Francisco, CA  94111-5800 |
| 1001 Page Mill Road, Building 1 | Telephone:      (415) 693-2000 |
| Palo Alto, CA 94304 | Facsimile:      (415) 693-2222 |
| Telephone:      650-565-7000 | |
| Facsimile:      650-565-7100 | WAYNE O. STACY (*pro hac vice*) |
| | stacywo@cooley.com |
| PHILIP W. WOO (SBN 196459) | ORION ARMON (*pro hac vice*) |
| pwoo@sidley.com | oarmon@cooley.com |
| MARC R. ASCOLESE (SBN 251397) | COOLEY LLP |
| mascolese@sidley.com | 380 Interlocken Crescent |
| SIDLEY AUSTIN LLP | Suite 900 |
| 555 California Street, Suite 2000 | Broomfield, CO  80021-8023 |
| San Francisco, CA  94104-1715 | Telephone:      (720) 566-4000 |
| Telephone:      415-772-1200 | Facsimile:      (720) 566-4099 |
| Facsimile:      415-772-7400 | |
| | ***Counsel for Defendant*** |
| ***Counsel for Plaintiff Centrify Corp.*** | ***Quest Software, Inc.*** |

18

19

20

21

22

23

24

25

26

27

28

-2-

1

2

**<u>SIGNATURE ATTESTATION</u>**

3
   Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

4
document has been obtained from each of the other signatories shown above.

5

6
                                          /s/ Marc R. Ascolese

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SCHEDULING ORDER**

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action No. 4:10-cv-3873-CW:

| **Description** | **Deadline** |
|---|---|
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | May 16, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | June 15, 2011 |

SO ORDERED.

Dated:   **5/2/2011**

CLAUDIA WILKEN
United States District Judge

JOINT STIPULATION RE PLR 4-3 & 4-4 DEADLINES
CASE NO. 4:10-cv-3873-CW