[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>QUEST SOFTWARE, INC.<br><br>          Defendant. | Case No. 10-3873-CW<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>[**Patent L.R. 4-3**] |

Pursuant to Patent Local Rule 4-3, the Court's Minute Order and Case Management Order (Docket No. 33), and the Court's Order of May 2, 2011 (Docket No. 56), Plaintiff Centrify Corporation ("Centrify") and Defendant Quest Software, Inc. ("Quest") submit this Joint Claim Construction and Prehearing Statement.

**A.  Construction of those terms on which the parties agree**

Centrify and Quest agree on the following constructions.  There are several additional terms for which proposed constructions were exchanged, and the parties now agree that those terms do not require construction.

- "local log-in name" (claims 1, 2, 5, and 6): "A user name used to log a user into a Unix computer where the name is unique to a single user account within that computer."

- "network log-in name" (claims 1, 2, 5, and 6): "A user name used to log a user into a Unix computer on a network where the name is unique to a single user account in an authenticator that provides authentication services for the network."

**B.  Proposed construction of each disputed term**

The proper claim construction for the following phrases is disputed:

- "a/the computing system"  (claims 1, 2, 5, and 6)

- "network-wide authentication"   (claims 1, 2, 5, and 6)

- "searching for the local log-in name in a mapping table, the mapping table being stored in a database on a second computing system"  (claims 1 and 2)

- "the log-in name" (claims 1 and 2)

- "authenticator" (claims 1, 2, 5, and 6)

- "reading a mapping table that links a plurality of local log-in names with a corresponding plurality of network-wide log-in names, the mapping table being stored in a database on a second computing system"  (claims 5 and 6)

A chart summarizing the parties' proposed constructions and supporting evidence is appended as Exhibit A.

**C.  Identification of most significant terms**

The parties have identified six (6) disputed terms for claim construction, each of which is believed to be significant to the resolution of this case.

**D.  Anticipated length of hearing**

The parties anticipate that the claim construction hearing will last approximately two hours.

-1-

-2-

**E.     Witnesses**

The parties do not anticipate calling witnesses during the claim construction hearing.

Dated: May 16, 2011

By:  /s/ Marc R. Ascolese
EDWARD V. ANDERSON ( 83148)
evanderson@sidley.com
DUY D. NGUYEN (SBN 246271)
ddnguyen@sidleyc.om
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone:     650-565-7000
Facsimile:     650-565-7100

PHILIP W. WOO (SBN 196459)
pwoo@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:     415-772-1200
Facsimile:     415-772-7400

*Counsel for Plaintiff Centrify Corp.*

By:  /s/ Orion Armon
THOMAS J. FRIEL, JR. (80065)
tfriel@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

WAYNE O. STACY (*pro hac vice*)
stacywo@cooley.com
ORION ARMON (*pro hac vice*)
oarmon@cooley.com
COOLEY LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:     (720) 566-4099

*Counsel for Defendant
Quest Software, Inc.*

-3-

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                                  /s/ Marc R. Ascolese

**Exhibit A**

| Claim | No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed Construction |
|---|---|---|---|---|---|
| 1. A computer-readable medium containing instructions that, when executed by a computing system, cause the system to perform operations comprising: | 1. | a/the computing system (the term appears throughout all of the claims) | Plaintiff believes this term has its ordinary meaning and does not require construction. There is no ambiguity between the terms "a/the computing system" and "a second computing system" | "a/the first computing system" **Intrinsic Evidence**: U.S. Patent No. 7,591,005 at Figures 1, 2, 3, and 4 and associated text, Abstract; 1:5-16; 1:21-51; 2:36-3:6; 3:34-37, 3:66-4:16, 4:21-5:33, 5:45-6:5; File History, May 28, 2009 Amendment and Remarks | - |
| detecting when a user attempts to log into the computing system; | | - | - | - | - |
| determining if a local log-in name supplied by the user should be replaced by a network log-in name used for network-wide authentication, wherein the determination comprises searching for the local log-in name in a mapping table, the mapping table being stored in a database on a second computing system that is | 2. | local log-in name | "A user name used to log a user into a UNIX computer where the name is unique to a single user account within that computer." **Intrinsic Evidence**: '005 patent at Figure 1; 3:47-50; 4:1-8. | "A user name used to log a user into a UNIX computer where the name is unique to a single user account within that computer, but not necessarily unique among log-in names provided by user accounts on other computers and components in an attached network." **Intrinsic Evidence**: The '005 patent at Figures 1, 2, 3, and 4 and associated text; Abstract; 1:14-17, 1:42-2:33; 2:36-3:6; 3:15-5:32. | "A user name used to log a user into a Unix computer where the name is unique to a single user account within that computer." |

| Claim | No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed Construction |
|---|---|---|---|---|---|
| accessible via a network; | 3. | network log-in name | The term "network log-in name" should be construed as "a user name used to log a user into a UNIX computer on a network where the name is unique to a single user account in an authenticator that provides authentication services for the network"<br><br>**Intrinsic Evidence:** '005 patent: 3:47-50; 4:1-8; Figure 1. | "A user name used to log a user into a UNIX computer on a network where the name is unique to a single user account in an authenticator that provides authentication services for the network"<br><br>**Intrinsic Evidence:** The '005 patent at Figures 1, 2, 3, and 4 and associated text; Abstract; 1:14-17, 1:42-2:33; 2:36-3:6; 3:15-5:32. | "A user name used to log a user into a Unix computer on a network where the name is unique to a single user account in an authenticator that provides authentication services for the network." |
| | 4. | network-wide authentication | This term has its ordinary meaning and does not require construction. However, if the Defendant asks the Court to construe the term, Plaintiff proposes the following construction:<br><br>"authenticating for a network"<br><br>**Intrinsic Evidence:** '005 patent: 3:47-50; 4:1-8; Figure 1. | "Authenticating a user for logging into a computer on a network via a centralized authenticator"<br><br>**Intrinsic Evidence:** The '005 patent at Figures 1, 2, 4 and associated text; Abstract; 1:41-5:44; Claims 1, 5; Patent Owner's Response To Office Action of November 15, 2010 at 4-14.<br><br>**Extrinsic Evidence:** Comments By Third Party Requester To Patent Owner's Response To Office Action In Inter Partes Reexamination Under 37 C.F.R. § 1.947 at 2-9. | |

| Claim | No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed Construction |
|---|---|---|---|---|---|
| | 5. | searching for the local log-in name in a mapping table, the mapping table being stored in a database on a second computing system | This term has its ordinary meaning (assuming the construction of "local log-in name" above) and does not require construction. However, if the Defendant asks the Court to construe the term, Plaintiff proposes the following construction: "seeking or looking for the local log-in name (as construed above) within a mapping table that is stored within a database on a second computing system." **Intrinsic Evidence**: '005 patent: 2:48-56; 4:35-44; 5:17-22; Figures 3-4. '005 file history: Office Action of March 4, 2009, at 2-3. '874 patent (Shalabi): 4:11-14; 7:39-8:61; Figures 2 and 6. **Extrinsic Evidence:** *Microsoft Computer Dictionary, Fifth Edition* (2002): definitions for "search." Produced at CEN00013342. | "Executing a search routine on the first computer system for locating the local log-in name in a mapping table, the mapping table being stored in a database on a second computing system" **Intrinsic Evidence:** May 28, 2009 claim amendments and remarks made in an amendment; the '005 patent at Figures 1, 2, 3, 4 and associated text; 1:8-17; 2:36-3:5; 3:20-30; 3:34-5:33; 5:45-6:5; File History, May 28, 2009 Amendment and Remarks. **Extrinsic Evidence:** Michael D. Scott, Internet and Technology Law Desk Reference 731-32 (Aspen Publishers, Inc. ed., 2004 edition 2004) (defining "search" as "A program that can locate strings of characters or keywords in a data file."). | - |
| replacing the local log-in name with the network log-in name if so determined; and | | - | - | - | - |

| Claim | No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed Construction |
|---|---|---|---|---|---|
| sending the log-in name to an authenticator to authenticate the user for logging into the computing system. | 6. | the log-in name | The term "the log-in name" unambiguously refers to the network log-in name that replaces the local log-in name as set forth in the "replacing the local log-in name . . ." claim element. | The term "the log-in name" is indefinite. The specification teaches using both "local log-in names" and "network log-in names" as log-in names. There is no way to determine which meaning should be attributed to the term "the log-in name." **Intrinsic Evidence:** The '005 patent at Abstract, Figure 4 and associated text; 1:14-17, 1:20-65; 2:48-3:5, 3:42-50, 4:6-8, 4:15-19, 4:48-51, 5:16-26. | - |
| | 7. | authenticator | "A service, process, or program used to authenticate a user." **Intrinsic Evidence**: '005 patent: 1:6-8; 1:42-51; 2:48-65; 3:47-62; 4:48-56; 5:27-32; Figures 1-2, 4. **Extrinsic Evidence:** *Microsoft Computer Dictionary, Fifth Edition* (2002): definitions for "authentication." Produced at CEN00013335. | "A single server or a set of servers that provide security by checking whether the log-in name and password provided by the user are correct" **Intrinsic Evidence:** The '005 patent at Abstract, Figures 1, 2, 4 and associated text; 1:6-17; 1:42-2:32; 2:48-65; 3:52-4:56; 5:8-44. | - |
| | | | | | |
| 5. A method comprising: | | a/the computing system | | | *See No. 1 above regarding*: "a/the computing system." |
| detecting when a user logs into a computing system; | | - | - | - | - |
| determining if a local log-in name supplied by the user should be replaced by a network log-in name used for | | local log-in name | | | *See No. 2 above regarding*: "local log-in name." |
| | | network log-in name | | | *See No. 3 above regarding*: "network log-in name." |

| Claim | No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed Construction |
|---|---|---|---|---|---|
| network-wide authentication, wherein the determination comprises reading a mapping table that links a plurality of local log-in names with a corresponding plurality of network-wide log-in names, the mapping table being stored in a database on a second computing system accessible via a network; | | network-wide authentication | | | *See No. 4 above regarding*: "network-wide authentication." |
| | 7. | reading a mapping table that links a plurality of local log-in names with a corresponding plurality of network-wide log-in names, the mapping table being stored in a database on a second computing system | This term has its ordinary meaning (assuming the constructions of "local log-in name" and "network log-in name" above) and does not require construction. However, if the Defendant asks the Court to construe the term, Plaintiff proposes the following construction:<br><br>"Accessing data from a mapping table that links a plurality of local log-in names (as construed above) to a corresponding plurality of network-wide login names (as construed above), where the mapping table is stored in a database on a second computing system."<br><br>**Intrinsic Evidence:** '005 patent: 2:48-56; 4:35-44; 4:58-63; 5:4-7; 5:17-22; Figures 3-4. '005 file history: Office Action of March 4, 2009, at 2-3. '874 patent (Shalabi): 4:11-14; 7:39-8:61; Figures 2 and 6.<br><br>**Extrinsic Evidence:** *Microsoft Computer Dictionary, Fifth Edition* (2002): definitions for "search" and "read." Produced at CEN00013341-342. | "Executing a read routine on the first computer system for reading a mapping table that links a plurality of local log-in names with a corresponding plurality of network-wide log-in names, the mapping table being stored in a database on a second computing system"<br><br>**Intrinsic Evidence:** May 28, 2009 claim amendments and remarks made in an amendment; the '005 patent at Figures 1, 2, 3, 4 and associated text; 1:8-17; 2:36-3:5; 3:20-30; 3:34-5:33; 5:45-6:5; File History, May 28, 2009 Amendment and Remarks.<br><br>**Extrinsic Evidence:** Bryan Pfaffenberger, Webster's New World Computer Dictionary 312 (Wiley Publishing, Inc. ed., 10th ed. 2003) (defining "read" as "To retrieve data or program instructions from a device such as a hard or floppy disk, and place the data into the computer's random access memory (RAM).") (attached as Exhibit 2). | - |
| | | - | - | - | - |
| replacing the local log-in name with the network log-in name if so determined; and | | - | - | - | - |

| Claim | No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed Construction |
|---|---|---|---|---|---|
| sending the network log-in name to an authenticator to authenticate the user for logging into the computing system. | | authenticator | | | *See No. 7 above regarding*: "authenticator." |