```
1   COOLEY LLP
    THOMAS J. FRIEL, JR. (80065)
2   (tfriel@cooley.com)
    101 California Street, 5th Floor
3   San Francisco, CA  94111-5800
    Telephone:     (415) 693-2000
4   Facsimile:     (415) 693-2222

5   WAYNE O. STACY (pro hac vice)
    (stacywo@cooley.com)
6   ORION ARMON (pro hac vice)
    (oarmon@cooley.com)
7   BRIAN EUTERMOSER (pro hac vice)
    (beutermoser@cooley.com)
8   COOLEY LLP
    380 Interlocken Crescent
9   Suite 900
    Broomfield, CO  80021-8023
10  Telephone:     (720) 566-4000
    Facsimile:     (720) 566-4099
11
    Attorneys for Defendant
12  Quest Software, Inc.
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE, INC.,<br><br>Defendant. | Case No.  C 10-3873-CW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR CENTRIFY TO AMEND ITS INFRINGEMENT CONTENTIONS** |

Plaintiff Centrify Corporation ("Centrify") and Defendant Quest Software, Inc. ("Quest"), by and through their respective counsel, hereby stipulate that Centrify will supplement its Patent L.R. 3-1(c) Disclosures on or before July 16, 2011, or 30 days from the first day Quest makes its source code available for inspection, whichever is later.  Good cause exists for the supplement.  Centrify's original infringement contentions were served on January 11, 2011, before Centrify had access to source code for the accused Quest products.  Centrify will supplement its Patent

L.R. 3-1(c) Disclosures to provide citations to Quest source code and technical documents. Centrify's supplements will be limited to adding additional detail to provide additional evidentiary support for its infringement contentions. The parties agree that this stipulation does not extend to amendments to other aspects of Centrify's infringement contentions or Centrify's Patent L.R. 3-1 and 3-2 Disclosure, but that Centrify is not waiving its right to seek Court approval for other amendments pursuant to Patent L.R. 3-6.

Dated: June 16, 2011                    COOLEY LLP


                                        /s/  *Brian Eutermoser*
                                        Brian Eutermoser (*pro hac vice*)

                                        ATTORNEYS FOR DEFENDANT QUEST
                                        SOFTWARE, INC.


Dated: June 16, 2011                    SIDLEY AUSTIN LLP


                                        */s/ Marc R. Ascolese*
                                        Marc R. Ascolese (State Bar No. 251397)

                                        ATTORNEYS FOR PLAINTIFF CENTRIFY
                                        CORPORATION


**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated:_____


                                        _____
                                        The Honorable Claudia Wilken
                                        United States District Judge

**ATTESTATION CLAUSE**

I, Brian Eutermoser, hereby attest in accordance with General Order No. 45.X(B) that Marc Ascolese, counsel for Plaintiff Centrify Corp., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR CENTRIFY TO AMEND ITS INFRINGEMENT CONTENTIONS.

Dated:  June 16, 2011                                   By:  /s/ *Brian Eutermoser*
                                                                            Brian Eutermoser

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2011, I served a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR CENTRIFY TO AMEND ITS INFRINGEMENT CONTENTIONS** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**David J. Jordan**
**Mark E. Hindley**
STOEL RIVES
201 S Main St., Ste 1100
Salt Lake City, UT 84111-4904
Email: djjordan@stoel.com
Email: mehindley@stoel.com

**Edward V. Anderson**
SIDLEY AUSTIN LLP
1001 Page Mill Rd., Bldg. 1
Palo Alto, CA 94304
Email: evanderson@sidley.com

**Marc R. Ascolese**
**Philip W. Woo**
SIDLEY AUSTIN LLP
555 California St., Ste 2000
San Francisco, CA 94104
Email: mascolese@sidley.com
Email: pwoo@sidley.com

*Attorneys for Centrify Corporation*

                                    */s/ Brian Eutermoser*