EDWARD V. ANDERSON (SBN 83148)
evanderson@sidley.com
DUY D. NGUYEN (SBN 246271)
ddnguyen@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone:    650-565-7000
Facsimile:    650-565-7100

PHILIP W. WOO (SBN 196459)
pwoo@sidley.com
MENESH S. PATEL (SBN 241072)
menesh.patel@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone:    415-772-1200
Facsimile:    415-772-7400

*Attorneys for Plaintiff Centrify Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>QUEST SOFTWARE, INC.<br><br>              Defendant. | Case No. 10-3873-CW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

## STIPULATION

Plaintiff Centrify Corporation ("Centrify") and Defendant Quest Software, Inc. ("Quest") stipulate that pursuant to Federal Rule of Civil Procedure 15(a)(2), Centrify may file a Second Amended Complaint for Patent Infringement (attached as Exhibit A) in the above-captioned action. The Second Amended Complaint adds an explicit request for an accounting to determine the amount of damages suffered by Centrify in between the close of fact discovery and the entry of final judgment.  The parties respectfully request an order granting leave for Centrify to file the Second Amended Complaint.

Dated: July 26, 2011     SIDLEY AUSTIN LLP

/s/  Menesh S. Patel

*Attorneys for Plaintiff Centrify Corp.*

Dated: July 26, 2011     COOLEY LLP

/s/  Orion Armon

*Attorneys for Defendant Quest Software, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 7/29/2011

The Hon. Claudia Wilken
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/  Menesh S. Patel