EDWARD V. ANDERSON (SBN 83148)
evanderson@sidley.com
DUY D. NGUYEN (SBN 246271)
ddnguyen@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: 650-565-7000
Facsimile: 650-565-7100

PHILIP W. WOO (SBN 196459)
pwoo@sidley.com
MENESH S. PATEL (SBN 241072)
menesh.patel@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

*Attorneys for Plaintiff Centrify Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CENTRIFY CORPORATION,

Plaintiff,

v.

QUEST SOFTWARE, INC.

Defendant.

Case No. 10-3873-CW

**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Centrify Corporation ("Centrify"), for its Second Amended Complaint For Patent Infringement alleges as follows:

**PRELIMINARY STATEMENT**

1. This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. §1 et seq., from the defendant's direct and indirect infringement of United States Patent No. 7,591,005.

**PARTIES**

2. Plaintiff Centrify Corporation is a Delaware corporation with its principal place of business at 785 N. Mary Avenue, Suite 200, Sunnyvale, California 94085.

3. On information and belief, Defendant Quest Software, Inc. ("Quest") is a Delaware corporation with a principal place of business at 5 Polaris Way, Aliso Viejo, California 92656.

**JURISDICTION AND VENUE**

4. This is an action for patent infringement, arising under 35 U.S.C. § 1 *et seq*. generally, and 35 U.S.C. §§ 271(a)-(c) specifically.

5. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. The Court has personal jurisdiction over Quest because Quest committed and is committing acts of infringement in this Judicial District and is doing business in this Judicial District at 469 El Camino Real, Santa Clara, CA 95050.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because a substantial part of the events giving rise to Plaintiff's cause of action occurred in this Judicial District.

**INTRADISTRICT ASSIGNMENT**

8. This patent action is in an excepted category for Local Rule 3-2(c), Assignment to a Division, and will be assigned on a district wide basis.

**FACTUAL BACKGROUND**

9. On September 15, 2009, the United States Patent and Trademark Office issued U.S.

Patent No. 7,591,005 ("the '005 Patent") entitled "Method and Apparatus for User Log-in Name Mapping." Centrify is the owner by assignment of all right, title and interest to the '005 Patent, including all rights to enforce the '005 Patent and to collect past and future damages for infringement. A copy of the '005 Patent is attached as **Exhibit A**.

10. Quest has knowledge of the '005 Patent by and through, at least, Centrify's Complaint for Patent Infringement. Docket No. 1.

11. Quest makes, uses, and sells the Quest Authentication Services software product ("QAS"), including at least version 4.0 of the software product, as well as earlier and subsequent versions thereof.

12. QAS provides a feature called "mapped user" (or "mapped user mode") where one maps local Unix user accounts to Active Directory users accounts.

13. The mapped user or mapped user mode feature of QAS uses a Network Information Service ("NIS") "passwd" file or map.

14. QAS provides and/or uses a Pluggable Authentication Module ("PAM") that provides or facilitates, at least in part, Active Directory authentication.

15. Quest sells QAS to its customers, and at least some of those customers use the mapped user or mapped user mode feature of QAS.

16. Quest provides documentation, instructions, and other support to customers for QAS and the mapped user or mapped user mode feature of QAS.

**FIRST CAUSE OF ACTION**
**(Defendant's infringement of the '005 Patent)**

17. Plaintiff incorporates each of the preceding paragraphs 1-16 as if fully stated herein.

18. Quest, in making, using, selling, offering for sale, importing into the United States and/or exporting from the United States its Quest Authentication Services software product, including version 4.0, and reasonably similar products or services, has infringed and continues to infringe one or more claims of the '005 Patent under 35 U.S.C. § 271. In particular, Quest

makes, uses, sells, offers for sale, imports into the United States and/or exports from the United States computer readable media in accordance with one or more apparatus claims of the '005 Patent or operating in accordance with one or more method claims of the '005 Patent, including but not limited to exemplary claims 1, 2, 5, and 6. Quest further actively induces infringement of the '005 Patent through, for example, providing customers with instructions and support for Quest Authentication Services and other reasonably similar products or services. Quest contributorily infringes the '005 Patent by making Quest Authentication Services, its mapped user or mapped user mode feature, and reasonably similar products or services, which have no substantial non-infringing uses, and which Quest sells to its customers with knowledge of the '005 Patent.

19. As a result of Quest's infringement of the '005 Patent, Centrify has lost profits and suffered irreparable harm, and will continue to lose profits and suffer irreparable harm unless and until Centrify is enjoined by this Court from future infringement.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that this Court enter a judgment as follows:

A. Judgment that the '005 Patent is valid and enforceable.

B. Judgment that the Defendant has directly and/or indirectly infringed the claims of the '005 Patent.

C. Award Centrify compensatory damages, in an amount to be ascertained at trial, pursuant to 35 U.S.C. §284.

D. Award Centrify compensatory damages, in an amount to be ascertained by an accounting of the amount of damages suffered by Centrify between the close of fact discovery and the entry of final judgment.

E. Permanently enjoin Quest and its officers, directors, employees and agents from infringing or inducing others to infringe the '005 Patent.

F. Award Centrify interest and costs.

G. Award Centrify reasonable attorneys' fees and costs of the litigation, pursuant to 35 U.S.C. §285.

H. Award Centrify such other and further relief as this Court deems just and proper.

Dated: August 2, 2011

**SIDLEY AUSTIN LLP**

By: /s/ Edward V. Anderson
Edward V. Anderson

*Attorneys for Plaintiff Centrify Corporation.*

**DEMAND FOR JURY TRIAL**

Plaintiff respectfully requests a jury trial on all issues triable thereby.

Dated: August 2, 2011

**SIDLEY AUSTIN LLP**

By: /s/ Edward V. Anderson
Edward V. Anderson

*Attorneys for Plaintiff Centrify Corporation.*