```
COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

WAYNE O. STACY (pro hac vice)
(stacywo@cooley.com)
ORION ARMON (pro hac vice)
(oarmon@cooley.com)
BRIAN EUTERMOSER (pro hac vice)
(beutermoser@cooley.com)
COOLEY LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO  80021-8023
Telephone:    (720) 566-4000
Facsimile:    (720) 566-4099

Attorneys for Defendant
Quest Software, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>QUEST SOFTWARE, INC.,<br><br>        Defendant. | Case No.  C 10-3873-CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR SERVICE OF<br>ADDITIONAL PATENT LOCAL<br>RULE DISCLOSURES PURSUANT<br>TO PATENT LOCAL RULES 3-1 AND<br>3-3** |

Plaintiff Centrify Corporation and Defendant Quest Software, Inc., by and through their respective counsel, hereby agree and stipulate as follows:

1. Centrify will file the supplemental infringement contentions defined in the earlier stipulated motion (Order D.I. 65 entered June 20, 2011) by August 15, 2011. Centrify is not waiving its right to seek Court approval for other supplements or amendments pursuant to Patent L.R. 3-6.

2. Quest may amend its Patent L.R. 3-3 Disclosures on or before August 22, 2011.

3. Good cause exists for the additional disclosures. The parties' original disclosures were served at the outset of the discovery period before they had collected and received full discovery relating to their claims and defenses. Additionally, the additional Patent Local Rule disclosures proposed herein will not alter any other deadlines in the litigation.

Dated: August 9, 2011                COOLEY LLP


                                     /s/   Orion Armon
                                     Orion Armon (*pro hac vice*)

                                     ATTORNEYS FOR DEFENDANT QUEST
                                     SOFTWARE, INC.


Dated: August 9, 2011                SIDLEY AUSTIN LLP


                                     /s/ Menesh Patel
                                     Menesh Patel

                                     ATTORNEYS FOR PLAINTIFF CENTRIFY
                                     CORPORATION

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated:     **8/10/2011**


                                     _____
                                     The Honorable Claudia Wilken
                                     United States District Judge

## **ATTESTATION CLAUSE**

I, Orion Armon, hereby attest in accordance with General Order No. 45.X(B) that Ryan Sandrock, counsel for Plaintiff Centrify Corp., has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER FOR SERVICE OF ADDITIONAL PATENT LOCAL RULE DISCLOSURES PURSUANT TO PATENT LOCAL RULES 3-1 AND 3-3.

Dated:  August 9, 2011                                           By:  /s/*Orion Armon*
                                                                                Orion Armon

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2011, I served a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR SERVICE OF ADDITIONAL PATENT LOCAL RULE DISCLOSURES PURSUANT TO PATENT LOCAL RULES 3-1 AND 3-3** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Edward V. Anderson (SBN 83148)
Peter Kang
Robert B. Morrill
Duy D. Nguyen
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA  94304

Philip W. Woo (SBN 19459)
Ryan M. Sandrock
Menesh Patel
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104

*Attorneys for Centrify Corporation*

/s/     Orion Armon

360680 v1/CO