COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

WAYNE O. STACY (*pro hac vice*)
(stacywo@cooley.com)
ORION ARMON (*pro hac vice*)
(oarmon@cooley.com)
BRIAN EUTERMOSER (*pro hac vice*)
(beutermoser@cooley.com)
COOLEY LLP
380 Interlocken Crescent
Suite 900
Broomfield, CO  80021-8023
Telephone:    (720) 566-4000
Facsimile:    (720) 566-4099

Attorneys for Defendant
Quest Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CENTRIFY CORPORATION, | Case No.  C 10-3873-CW |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE DEADLINES** |
| v. | |
| QUEST SOFTWARE, INC., | |
| Defendant. | |

Plaintiff Centrify Corporation and Defendant Quest Software, Inc., by and through their respective counsel, hereby agree and stipulate to modify the following litigation deadlines:

| Event | Current Deadline | Stipulated New Deadline |
|---|---|---|
| Opening expert reports | November 1, 2011 | November 11, 2011 |
| Rebuttal expert reports | November 21, 2011 | December 5, 2011 |
| Reply expert reports | December 1, 2011 | December 19, 2011 |

Good cause exists for the modifications.  These adjustments maintain separation between

events in this litigation and the parties' ongoing litigation in the District of Utah.  These adjustments also modify the litigation schedule to avoid conflicts with the Thanksgiving holiday.

These schedule modifications do not affect any other deadlines in the litigation.

Dated:  August 22, 2011                    COOLEY LLP


                                           /s/   *Orion Armon*
                                           Orion Armon (*pro hac vice*)

                                           ATTORNEYS FOR DEFENDANT QUEST SOFTWARE, INC.


Dated:  August 22, 2011                    SIDLEY AUSTIN LLP


                                           /s/  *Menesh Patel*
                                           Menesh Patel

                                           ATTORNEYS FOR PLAINTIFF CENTRIFY CORPORATION


**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated:  **8/23/2011**


                                           _____
                                           The Honorable Claudia Wilken
                                           United States District Judge