IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTRIFY CORPORATION,

      Plaintiff,

  v.

QUEST SOFTWARE, INC.,

      Defendant.
_____/

No. C 10-03873 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel, the motion to file under seal, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, October 13, 2011, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: **9/9/2011**

                            CLAUDIA WILKEN
                            United States District Judge

cc: Sue