<small>UNITED STATES DISTRICT COURT<br>For the Northern District of California</small>

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>    Plaintiff,<br>v.<br>QUEST SOFTWARE, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-3873 CW (MEJ)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO STRIKE AMENDED INFRINGEMENT CONTENTIONS** |

On September 29, 2011, Defendant filed a Motion to Enforce Court Orders and Strike Centrify's Amended Infringement Contentions. Dkt. No. 90. The Honorable Claudia Wilken has now referred Defendant's Motion to the undersigned. Defendant's Motion and related motion to file documents under seal, (Dkt. No. 89), are hereby DENIED WITHOUT PREJUDICE. The parties shall comply with the undersigned's discovery standing order. If either party contends that Defendant's motion is more properly heard by the presiding judge, and such request must be made before Judge Wilken.

**IT IS SO ORDERED.**

Dated: October 5, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge