IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE, INC.,<br><br>      Defendant.<br>_____/ | No. C 10-3873 CW<br><br>ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br>(Docket No. 113) |

On December 2, 2011, Defendant Quest Software, Inc., filed an administrative motion to file under seal Exhibits B through H in support of its Opposition to Plaintiff Centrify Corporation's Motion for Relief from Case Management Schedule. In support of its motion, Defendant submits a declaration stating that Exhibits B through H contain information designated as "Highly Confidential-Attorneys' Eyes Only" under the protective order in this case.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(a). If a document has been designated as confidential by another party,

that party must file a declaration establishing that the document is sealable.  Civ. Local R. 79-5(d).

Defendant's declaration makes only conclusory statements that Exhibits B through H are subject to a blanket protective order and does not provide specific information establishing that the documents, or portions thereof, are privileged or protectable as a trade secret or otherwise entitled to protection under the law, as required under Local Rule 79-5(a).  As such, Defendant has not provided sufficient information to support the filing of the documents under seal at this time.

Defendant shall be permitted four days from the date of this order to provide additional information to conform with Local Rule 79-5.  If Defendant fails to do so, its motion will be denied.  Filings made hereunder may not exceed five pages, excluding declarations and exhibits.

IT IS SO ORDERED.

Dated: 12/5/2011

CLAUDIA WILKEN
United States District Judge