IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-3873 CW<br><br>ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Docket No. 122) |

On December 14, 2011, Plaintiff Centrify Corporation filed an administrative motion to file under seal Exhibit 2 to the Declaration of Ryan Sandrock submitted in support of its Motion for Relief from Case Management Schedule. In support of its motion, Plaintiff submits a declaration stating that Defendant Quest Software, Inc. has designated Exhibit 2 as containing information that is "Highly Confidential-Attorneys' Eyes Only" under the protective order in this case.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(a). If a document has been designated as confidential by another party,

that party must file a declaration establishing that the document is sealable within seven days after the motion to seal was filed. Civ. Local R. 79-5(d).

The deadline for Defendant to submit a declaration establishing that Exhibit 2 is sealable was December 21, 2011, and Defendant has not done so. The Court also notes that Defendant has previously filed Exhibit 2 in the public record in this case with Defendant's opposition to Plaintiff's motion for relief. <u>See</u> Docket No. 120, Ex. G.

Accordingly, the Court DENIES Plaintiff's motion to seal. (Docket No. 122). Within four days of the date of this Order, Plaintiff may file Exhibit 2 in the public record or may withdraw the exhibit. Civ. L.R. 79-5(e).

IT IS SO ORDERED.

Dated: 12/23/2011

CLAUDIA WILKEN
United States District Judge