UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>QUEST SOFTWARE, INC.<br><br>                Defendant. | Case No. 4:10-3873-CW (filed Aug. 30, 2010) |
| CENTRIFY CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>QUEST SOFTWARE, INC.<br><br>                Defendant. | Case No. 4:11-4675-CW (filed Sept. 20, 2011)<br>(related case) |

**STIPULATED ORDER TO ADMINISTRATIVELY CLOSE**

STIPULATED ORDER TO ADMINISTRATIVELY CLOSE

1  To promote efficiency for the Parties and the Court, and based upon the Minute Entry of
2 December 20, 2011 (Dkt. 124), Centrify Corporation and Quest Software, Inc. hereby agree and
3 stipulate that Civil Action No. 4:10-cv-3873-CW and Civil Action No. 4:11-cv-4675-CW shall be
4 administratively closed effective immediately. The parties further agree and stipulate that the case
5 may be reopened at the request of either party under the terms of the Stipulated Order Staying
6 Litigation.
7  SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: February 13, 2013 | **SIDLEY AUSTIN LLP** |
| 2 | | |
| 3 | | By: /s/ Aseem S. Gupta |
| 4 | | Aseem S. Gupta |
| 5 | | *Attorneys for Plaintiff Centrify Corporation.* |
| 6 | Dated: February 13, 2013 | **COOLEY LLP** |
| 7 | | |
| 8 | | By: /s/ Orion Armon |
| 9 | | Orion Armon |
| 10 | | *Attorneys for Defendant Quest Software, Inc.* |

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: 2/19/2013

_____
The Honorable Claudia Wilken
United States District Judge

1  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Aseem S. Gupta, attest that
2  concurrence in the filing of this document has been obtained from each of the other signatories. I
3  declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct. Executed this 13th day of February, 2013, at San Francisco, CA.

                    By: /s/  Aseem S. Gupta
                           Aseem S. Gupta

STIPULATED ORDER TO ADMINISTRATIVELY CLOSE