UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRIFY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE, INC.<br><br>Defendant. | Case No. 4:10-3873-CW (filed Aug. 30, 2010) |
| CENTRIFY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE, INC.<br><br>Defendant. | Case No. 4:11-4675-CW (filed Sept. 20, 2011) (related case) |

**STIPULATED ORDER TO ADMINISTRATIVELY CLOSE**

1 | To promote efficiency for the Parties and the Court, and based upon the Minute Entry of December 20, 2011 (Dkt. 124), Centrify Corporation and Quest Software, Inc. hereby agree and stipulate that Civil Action No. 4:10-cv-3873-CW and Civil Action No. 4:11-cv-4675-CW shall be administratively closed effective immediately.  The parties further agree and stipulate that the case may be reopened at the request of either party under the terms of the Stipulated Order Staying Litigation.

SO STIPULATED.

| | |
|---|---|
| Dated:  February 13, 2013 | **SIDLEY AUSTIN LLP** |
| | By: /s/  Aseem S. Gupta |
| | Aseem S. Gupta |
| | *Attorneys for Plaintiff Centrify Corporation.* |
| Dated:  February 13, 2013 | **COOLEY LLP** |
| | By: /s/  Orion Armon |
| | Orion Armon |
| | *Attorneys for Defendant Quest Software, Inc.* |

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: 2/19/2013

_____
The Honorable Claudia Wilken
United States District Judge

2
S<small>TIPULATED</small> O<small>RDER TO</small> A<small>DMINISTRATIVELY</small> C<small>LOSE</small>

1    Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Aseem S. Gupta, attest that
2 concurrence in the filing of this document has been obtained from each of the other signatories.  I
3 declare under penalty of perjury under the laws of the United States of America that the
4 foregoing is true and correct.  Executed this 13th day of February, 2013, at San Francisco, CA.

By:  /s/  Aseem S. Gupta
      Aseem S. Gupta

3
STIPULATED ORDER TO ADMINISTRATIVELY CLOSE